**FILED**

AUG 26 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2  Name   THOMAS, JAMES        E.
          (Last)        (First)        (Initial)

3  Prisoner Number  F-21197/A.Y.671d/EOP/CN. 228/POB. M. 260066

4  Institutional Address  CSP AT SAC/FOL. ReProSS, CALIF. 95670-0066

5

6  ==================================================================

   **E-filing**    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA            **SBA**   (PR

8  JAMES EDWARD THOMAS          )
   (Enter the full name of plaintiff in this action.) DEFT/PETN'R )   **CV  08      4068**

9                              )          Case No. _____
                  VS.          )          (To be provided by the clerk of court)
10                             )
   J. WALTERS, WARDEN (SP-AT    )          PETITION FOR A WRIT
11  SACRAMENTO/FOLSOM           )          OF HABEAS CORPUS
                               )          USDCT, NRN. DIST. OF CAL(S.C
12                             )           C (N- CV-04-0 65-1779-SC
                               )          ~ CV-04-08-2254-(SC
13 _____      )
                               )
14 (Enter the full name of respondent(s) or jailor in this action)  )
                               )
15 ==================================================================

16              Read Comments Carefully Before Filling In

17  When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma.  You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties.  Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located.  If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined.  Habeas L.R. 2254-3(b).

3. Did you have any of the following?

Arraignment:                Yes _X_        No _____

Preliminary Hearing:        Yes _X_        No _____

Motion to Suppress:    *VNK* Yes _____      *No* _____  *WAS NOT ALLOW TO ATTEND THE CT Hearing*

4. How did you plead?

Guilty _____   Not Guilty _X_   Nolo Contendere _____

Any other plea (specify) _N/A._

5. If you went to trial, what kind of trial did you have?

Jury _X_    Judge alone _____   Judge alone on a transcript _____

6. Did you testify at your trial?                Yes _____   No _X_

7. Did you have an attorney at the following proceedings: *No! UNLY A D.A. Ordered Co. DPD*

(a)   Arraignment              Yes _X_   No _____

(b)   Preliminary hearing      Yes _X_   No _____

(c)   Time of plea             Yes _X_   No _____

(d)   Trial                    Yes _X_   No _____

(e)   Sentencing               Yes _X_   No _____

(f)   Appeal              *VNK*  Yes _____   *No* _____

(g)   Other post-conviction proceeding   Yes _____   *No* _____   *N/A*

8. Did you appeal your conviction?               Yes _X_   No _____

(a)   If you did, to what court(s) did you appeal?

Court of Appeal  *Sixth D. Appct*   Yes _X_   No _____
*San Jose, Calif - 95113*

Year: *(2006)* ———— Result: *Partially Order Reduction of Sent*

Supreme Court of California      Yes _X_   No _____
*San Francisco, Calif. 94102*

Year: *(2007).*   Result: *Denied A Hearing*

Any other court               Yes _X_   No _____

Year: *2008*   Result: *Hopefully, Pending / VNK.*

*FED VI District (N. Dist. of Cal*
*San Jose Cal. 95113*

(b)   If you appealed, were the grounds the same as those that you are raising in this

3. Did you have any of the following?

Arraignment:                    Yes _X_    No _____

Preliminary Hearing:            Yes _X_    No _____

Motion to Suppress:             Yes _____    No _____

4. How did you plead?

Guilty _____    Not Guilty _X_    Nolo Contendere _____

Any other plea (specify) _N/A._

5. If you went to trial, what kind of trial did you have?

Jury _X_    Judge alone _____    Judge alone on a transcript _____

6. Did you testify at your trial?        Yes _____    No _X_

7. Did you have an attorney at the following proceedings:  *Not only a D.A. Overcharged (or D.A.'d)*

(a)    Arraignment                Yes _X_    No _____

(b)    Preliminary hearing        Yes _X_    No _____

(c)    Time of plea               Yes _X_    No _____

(d)    Trial                      Yes _X_    No _____

(e)    Sentencing                 Yes _X_    No _____

(f)    Appeal          *(none)* Yes _____    No _____

(g)    Other post-conviction proceeding   Yes _____    No _____    *N/A*

8. Did you appeal your conviction?        Yes _X_    No _____

(a)    If you did, to what court(s) did you appeal?

Court of Appeal *Sixth D. Apct*   Yes _X_    No _____
*San Jose, Calif. 95113*
Year: *(2006)*    Result: *Partially Order Reduction of Sent*

Supreme Court of California    Yes _X_    No _____
*San Francisco, Calif. 94102*
Year: *(2007).*    Result: *Denied A Hearing*

Any other court        Yes _>_    No _____

Year: *2008*    Result: *Hopefully, Pending USNG.*

*FED U.I DIST CT - N.AN. DIST OF CAL*
*San Jose, Cal. 95113*

(b)    If you appealed, were the grounds the same as those that you are raising in this

*(4a)*

petition?    *Not Exactly Meet Felt That The App CTS Atty were Too incompetent — on wrong grounds*

Yes _____    No _____

(c)    Was there an opinion?    Yes ✓    No _____    *Just Cases As They aA. wanted N-Ineffec Not II-Ifco NJI C*

(d)    Did you seek permission to file a late appeal under Rule 31(a)?

N/A Yes _____    No _____

If you did, give the name of the court and the result:

N/A

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?    Yes ✓    No _____

— N/A —

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

(a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.    *In The Superior Ct. S.C.C - Rejected No - only for A Recelse-of-Funds (Property @ 2g0°*

I.    Name of Court: *See Superior Ct. (D.36-W-66A St., S.J. C.C.*

Type of Proceeding: *Rightfull Recelse-of Funds (Property*    *(08-06-05)*

Grounds raised (Be brief but specific): *By Theory of the lien Coverer misAppropriated*

a. *The said Funds were Those Of Deft ( wrongfully*

b. N/A.

c. N/A.

d. N/A.

Result: *Dismissed-N-Severly Torn The Petitions were Returned*    Date of Result: *Nov. Acct. or N-Recelse*

II.    Name of Court: N/A

Type of Proceeding: _____

Grounds raised (Be brief but specific):

(52)

Not exactly met felt that the
app cts atty were too inadequate
n~ or wrong answers

petition?    Yes ___  No ___

(c)   Was there an opinion?    Yes ✓  No ___    Just crazy attoa a-a wanted n-JFE ecc notified nice

(d)   Did you seek permission to file a late appeal under Rule 31(a)?

        N/A Yes ___    No ___

If you did, give the name of the court and the result:

N/A,

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

this conviction in any court, state or federal?    Yes ✓    No ___

    — N/A

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that

challenged the same conviction you are challenging now and if that petition was denied or dismissed

with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

for an order authorizing the district court to consider this petition.  You may not file a second or

subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit.  28

U.S.C. §§ 2244(b).]

    (a)   If you sought relief in any proceeding other than an appeal, answer the following   not acco ~ Rejected
          questions for each proceeding.  Attach extra paper if you need more space.   In-The Superior Ct.S.C.C.~
                                                                                        N-only for a Recl~of funds (Property

    I.   Name of Court: See Superior Ct. (0.36~w.Hof.St,S.J.Cic    w2290-

         Type of Proceeding: Rightfull Relise of Funds (Property

         Grounds raised (Be brief but specific):   (08-06-05)   Or they were conver-
                                                                Convert~ misAppropiated

         a. The said Funds were Those OF OCFT (Wrongfully

         b. N/A.

         c. N/A.

         d. N/A.
            Dismissed~n~severly Torn   or n~Recei~
         Result: The Petitions were Refused   Date of Result: Were Accept~

    II.  Name of Court: N/A

         Type of Proceeding: _____

         Grounds raised (Be brief but specific):

1  need more space.  Answer the same questions for each claim.

2  [Note:  You must present ALL your claims in your first federal habeas petition.  Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: _Deft. was Denied USC Rights By Being Her To Answer (Pseudo_

6  _Charged-Tried into no. Of The said, Alleged violation For Amts 10 (constructed_

7  Supporting Facts: _The Alleged Eye witness (crime (Mc) Saw An Man dead figure_

8  _Figure in the Dark-Had Art-wearing light wercal Top Clothing Suddenly_

9  _Crutching Head Stopped-No Touching (The police Brutal By arrest_

10  _Deft Ad Abts. Access w/o Any Bias/ Evidence (what to Deter-For/(one)_

11  Claim Two: _Dift No one Should Have Been Erroneously Charged With_

12  _PC920 -- Only Because An Intruder wes wearing Ann sky wind-No Toucher_

13  Supporting Facts: _No One's should Have Been Police Solici Every Charged w/ PC_

14  _920 Just Because An Intruder, In Dim-ness, Was Wearing His tassault_

15  _Sky words, Away From The Foot Of A Bed.  There were, Deliberately_

16  _No Conduct or Report of any Advance Near, Accusingly what-So Ever_

17  Claim Three: _(A) The above were Severly Violative Of The 14th Amd USC_

18  _For Failure to Provide Reasonable Supportive Alleged (crime Their own (Seter_

19  Supporting Facts: _Especially The 6-10-14 Violated For Covert Control Of Judge_

20  _est, Of The Deliberate Mis-Representation to lead Def (Judge, Jury -- with His_

21  _Too Ill Attempt To Tesay That Deft - W/o A Doubt Was The party_

22  _If They Are a (A) Sept That 13.8 Act-Deliberately To Cover His Bottom_

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  _The Erroneous Third OF Providing For Murphy, Never Occurred_

26  _Deft was walking on a Well lighted By Any When Seen (A) Tried_

27  _no Where there Any witness (Near (The Alleged Home Invasion witness_

28  _was Prover Not To Be Anywhere Near, Deft Never married 2-8 for (A)_

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

III.   Name of Court: _U S DIST CT. N K N DIST OF CAL, S.J. CLUE 45113_

Type of Proceeding: _H 4 GUS S CHARGES REVIEW, ON USC CroomM_

Grounds raised (Be brief but specific):

a. _Viol. OF DEFS 4th/6th & 14th AM. Rights - MIS-SQ(DISAGREEMENT on_

b. _USC AM (14th) No Acknor Record was Ever (Shown / RESULSE(_

c. _455 PC - Not Shown A Conoviction 20-w No Jury IGEMEN_

d. _Viol. 6th - Kc (16th AM - WILLFUL CONFFECT-OF-IMERCISE of Counsel or_

Result: _Pending, I Hope, USC_ Date of Result: _USC_

IV.   Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

(b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

_HopeFully There is_ Yes _____     No_____

Name and location of court: _FED US D CT, NKN D. OF CAL, ST CLUE-45643-_

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to

support each claim. For example, what legal right or privilege were you denied? What happened?

Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

1    List, by name and citation only, any cases that you think are close factually to yours so that they

2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3  of these cases:

4  For A Fact Deft Does not have access To prove Recivck-Nor prove Effectuivary

5  But, The Victims Are The Supreme Law of This Land & My Tourth (Fifth) bel

6  IN.14 Ams. were Severely Grossly violated

7  Do you have an attorney for this petition?                    Yes_____  No_✓_

8  If you do, give the name and address of your attorney:    N /A

9  _____

10    WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct. Be Pf- of my true

12    sub  Lift recent until ming.

13  Executed on  August 15, 2008

14           Date  (08-20-08)                    Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27  (132)

28

# EXHIBIT COVER PAGE

x s p. or A b i
4 c o        b c
[#]

EXHIBIT

Description if this exhibit:

A Re-Submission oF Grounds / VSC Viol Rqnt More Comprehensively
And better oF Inquiry — It Seem This Ct. Already Rejected
DeFs. Application For Apet-oF-Counsel — Due To Non Acceptance oF
Forma Poucetis AFFedent
Number of pages to this exhibit: _Four_ pages Could-not-Be Found There IN
As was Submitted — There-UPON

**JURISDICTION:** (Check One Only)

- [x] Attr. Gen oF St. CAl
- [ ] MUNICIPAL COURT
- [x] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [x] UNITED STATES DISTRICT COURT  N Dt D
- [ ] STATE CIRCUIT COURT
- [ ] UNITES STATES SUPREME COURT
- [ ] GRAND JURY

TO:                                              FROM:
A                                    Aug. 2008

THE U.S. DIST. COURT, NRN DIST. CAL.

C/o.: THE OFFICE OF THE CLERK          THOMAS, JAMES EDWARD
THE FEDERAL COURTHOUSE BLD.            F-21197/4"4.6B4d (FOR (L.N.228
AT: 280 SOUTH FIRST STREET             CSP AT SACRAMENTO/ FOLSOM
SAN JOSE, CALIFORNIA.                  P.O.B. No. 29006G/560 E. NATRAD ST.
         95113 - - - -                 Represse, CALIFORNIA - 95670 -
                                       SUPERIOR CT. 553514/554400CR+ HO29976

Re.: THOMAS VS J. WALTERS, WARD., CSP SAC/(FDC- ST SUP. No. F-1369531u5009-CR-05-08-
                                       CV-04068-21(P0/(1778-SNA

ACCORDENT TO THE MOST NOTE-WORTHY CALIF. AUTHORITY ON CRIMIN-
AL LAW PRACTISE USE/ELEMENTS NECESSARY REQUIRED-TO-PROVOKE-A
COMPLAINT/INSTITUTE-A-VIOLATIVE CHARGE/ADEQUTE EVIDENCE
TO WARRANT BEIN-HELD-TO-ANSWER/A TRIAL PER U.S. CONS. GAU. AM.
-- SUCH AS THE FOLLOWING: BLACK'S; DEERING'S-N-WITHIN'S CR. PROC.
                                                    (9¹³ printe  19(1999)

THE FOLLOWING/BELOW VIOLATIONS OF DEFF'S GAURANTEED U.S. CONSTIT-
UTIONAL RIGHT'S, AS THE LAW ENFORCEMENT AGENCY - D.A. - OF SANTA-
CLARA COUNTY, DELIBERATELY/INTENTIONALLY - N - WANTONLY, BECAUSE
SUCH, TOO UN- SUPPORTIVE, PURPORTED PSEUDO VIOLATIONS WERE IN B. FAITH
AND CREATED-A-DELIBERATE MIS-CARRIAGE-OF-ESTABLISHED JUSTICE.

AS ACCEPTABLE-N·HERE-TO-FORE DEFINED-N-APPLICABLE-- INFERENCES, MINE
          TO WIT: TO SUPPORT/SUSTAIN-A-CRIM.COMPL.

CAL. PEN. CODE ST. N. 220 -- DEFINED AS: The Un-Lawful Attempted Sexul ASSAU-
-LT With The Specific Intent To violate A Female For/To Have Sex Against(for)
For Sexul Gratiffication By touching/Fondling Her Private Part's. Such
Part Physically-W. The Express Intent To Penetrate Her Vagina Or Possibly
A Verbal Expression-W. A Menacing Advance's -But, Absolutely, No Inferences
Should-Over-view On/To, Only An Assumptive Reason-Unless, The Above Elem-
ents Are Shown. Definitely, No Inferences Should Be Warranted From A Spite-
Full /vindictive Police's-Out-of-The-Blue's Pure Hypoise. Especially, If A-
Party IS Detected, IN The Darkness Standing, Away From A Roof OF-A-B&O
-W. Three People-IN-it, only waiving (his) Arms (Hands) Sky-Ward-W(o-Any
Physical Contact)/not-Touching/No verbalizing As To A wrongful Intent-- A such
IN Defs. case - There were/are no, Absolutely, No Basis For such An Assumptive
wrongful charge/Allegation--- Period. The Co. D.A. Willfully Violated The(Legit. w/Theret

CAL. PEN. CODE S. N. 459: Burglary= The Willful, Un-Lawful Entrance Into-A-
Dwelling, In The Night With The Specific Intent To Depuis's Occupants
Of(Their) Property Permanently! The Only Exception IS -- Unless The Perpetrator's
Elect-To Return Same, Promply-W. A Viable/Acceptable Excuse-Of-A-Na.....

(CONT. PAGE)

A

Such Proof OF A/The Perpetrator's Specific Intent To Commit A Larcenic Crime To Deprive Wrongfully -- Must Be To A Reasonable Or Factual Certainty -- Not Just Conjectures or Based on Mere Suspicions or Spiteful Assumptions Relying on Some Unclear/Certain Past Record OF Criminal Convictions, However False or maybe True, Such Proof must include -- Either Catching The Purported Culprit -W- The said Burglarized Item's -In-(It's) Possession -Or/And Possitive ID Was made -W/o- And Obstructions/Or The Culprits Finger-Prints Were Lifted From There -In/An Entrance Accessible There into/Or Some Types -OF- Body Identfyable Fluids -N-Hair -- The Later Two ONLY Increases-The Likehood -OF A More Feability Or Caught At/on The Scene -OF- The Alleged Criminality -W/o- A viable excuse/valid Reasons -- Un like Defi's Dire-Predictimont(s). The ONLY Strong -N- True Fact is/are That There was ample Reason To Assume Some -Intruder Entered- The Said Apt. For what Reasons -Is Too Un-Clear -N- The Purported Witness Claimed only Saw The Intruder -IN Darkness After Hearing Some un-usual Noises Standing A-way From The Bed, Occupied By Three (3) People -- ONE (1) was (His) Girl-Friend Sleeping-Soundly, Covered By A Blanket -un-Disturbed -- Waving (It's) Hand and Arms Sky-wards, only Definitely, NO-Contact -W-NO ONE(1) Physically (Absolutely)-NO-Verbalizing -- To Any Effect, Period, Also Claimed (It) Had ON A Bright Green Top -(Clothing)- With The Hood Noosed The Witness Side, The Intruder Quickly Exited- The- Apt. Toward The Rear Bath-Room -W/o-Further-Ado. After A Brief Cet-ut ous Hesitation (He) Got- out- OF Bed -N- Stealingly Approached Said Bath-Room -W/o Luck/Then Called The Police -N- Informed (Them) That An -unkn Intruder Had Been Wrongfully There -In | After (He) Dressed -N- Noticed That (His) old Bare -Back- Cel-wait-The On-Coming Police, At Which Time -- (He) Claimed That (He) Saw A Body Speeding Limpingly Down The Side Walk Westward/That The Speeding Party Half-Way Turned -N- Threw -A- Rock- At-(Him). Again, In Darkness-He or Slipped and- At About That Time The Police Were Arriving. After (He) Gave (Them) A Brief Account They Started AN Area Search -W- The said Apt. (I) Believe That The Police Was Searching -N- After A thorough Search- Back yards Especially, They Seeked -To Go Else where -- Near The Last House- On The So Said (Westward - one of The out- Doors Toilet To Leave, That (He) Needed To or so (A Unspeed (...) There- by The Police Returned AN Looked Thru An Accessable Hole -N- Saw Defi. Sitting on the Comode - There -by Shining Many Flesh-Lights On -N- Ordering Defi- Out -- As -A- Suspect. Defi. Quickly Complied -- But, To Defi's Dismay -The Officers Quickly Grabbed (Him) -N- Un-necessarily forcefully manhandled (Him) -N-Demanding Some Type OF Confession -- like Telling Why You Did -It And We Will Get The D.A. Too See what- kind -of- Deal you want After Putting The Hand-Cuffs ON me -As Rough (Painfull As Possible)- I am Sure That The Arresting Offi-Recognized (me) From AN (so A voidable Altercation On NE-Fourth St. A Few Night prior -N- (He) vehemently Felled whether (I) was forced To-do- ANY (No) Especially OFF. Then Took (His) Intentional) Brutality To The Limits -N- Fully Twisted my-Arms Completely out-OF-Joint Tyeing To Get- A -Confession- W/o- my provocation-

-2-

AFTer (He) Read me my Rights — N I Elected To Be Silent — As So Advised — At which Time (He) Beat me Fully — N Too Violently Enraged — For no Reason — Expected of well-Trained Police officer — Expected Behavior — For An Assumed Level-Headed Body-ment Did (He) Get-Ever So much So, Bizzarre-ly — N out-Regious — Interrogating, Slamming my Head-N-Body up-A-Gainst Any Every Inch of That House — N-Police Vehicle — All The way From Back — To my Front — At The Dark-Side of That House — N-Call-out-To A Figure, in Some Darkness, beaming on-one(1) of The Vehicles Parked in The Road-Ws — Asking To Confirm if That was (His) missing B.B. (i.P.)—(He) Said yes — N- Then if it was The one—He dictated Bruce'Fly—N-Quickly Said yes — with Deft-All-Bent-out-of Proportion — N-Disheveled-in Semi-Darkness. After A bad move Harsher Slam Stole Any Available — Police Vehicle included. They Let Deft Sit Knee (Thru)—N-The See-in-there Further Question Tac-Alleged "witness. There—After, The Said Sgt. Fell Closing To out of the vehicle — N- Shoving (His) Flesh-Eared on My upper Torso — Bewildered, Finally Loudly Exclaiming — There must Be Something's Drastically wrong Here — The witness Swore- up/N-Down that The unknown intruder Had own A Bright — Green Top — This Guy can't Be-The-one, He Has-on Dark-ish Pinkish-Gray Sweater. But, By Then (They) Had Run A make-on Deft-N-Done Said Better Take Him in, He A A-250 Regis trant. After Reaching to Jail, much more un-Called-For Severe Brutality Occurred—W-Every little Procedures(l) After (They) The offs took many Sets-Sets-of-Finger/Hand-prints—But, Still Demanding much more worse Forcibly — (She) Too Decidedly Admitted That None-of The Prints match Any — Not connected To-Tacs AFT—N—Deft Either—They Did To The Prints Lifted From The off-Doors + etc—Claiming After (All) other Type-of un-necessary Forced Brutality, The Crew not later in The writing-Room in To See The Psych Tech—Then (I) got booked (She) Filled'me-in-on The meth-od-N As A An Appearance-of being Standing—(She) Told-me-(She) didn't Believe it Either. After Laying In-maximum Security For APPX 60 Days-too-ct-All the Ad-made Fold, Ever-which-A-way—Night-N-Day.—Funny I was Disgracefully Diseased-(w/o-A-Fair.

Her Vagina—w/o-Her Permission—(Unless (She) is A-minor—No Consent From Some Recognizer or Acceptable Accordance-To-The Pros. Atrocitious Acts-Done-Inl with Bad-Faith-N-Spitefullness, of+(He) Deliberately-N-maliciously Elected To Bring In A NON-Allowable—Totally Different Type Sexual offense—of-Pure Pseudo-convictious N-For A Deft, on An Assumption Rape—P.C. 220, To Be Illegally Burden-W-A would-it-Be illy. Since No Sexual Assault was Evident of False—Due to The Contra-dicting circumstances. Plus, can one-Believe That The Pros. Secretly Sequestered The Said witness In A-Ct Hld, can before The Preliminary Hrn.—N- we Both Got-Into A-Hetero Argument. At Any Rate They wanted-Be, Ande Ade were You Termed Too Testified at-Each-Each Time—Hell on Forced Psych-med—H2(dex, for un-necessarily keeping Voice'S-Milder-A-Ring. Most-of-(Her) Testimony was Too Evident—But (She) Still Seems-like-A nice Person. Even Tho-The Pros. Called is Her companion to clear—of police owncells. And Each Time That, So-called-witness Attempted in To Deft—It was A-Guise, A A-Quest Disguise—Except, in A tact ct Hld-at Cell, of which, no other un-Chanced-Innterred—were Supposed to Be, There-in-w. Deft. After (All) the Allegations were Done, The Said Proc'r which, Became Severely Distraught of—N-Abruptly was To The Her App. cts faded. In under—(She) went-All-out To Try To wrong/Act Forced wrong full Tesh-mony on All-occasions As They say To Tally Flee—N-Coerced by-DA-N-Frankly Stating-N-writing All over of The Said All-Truth-in order For The DA To win A sure conviction—Because He (Accusee) Severely PsSleeeStaff—No-Know-told.

(3)

(19)
-A-

For some un-explained reason — even tho there was, absolutely, no assault on any kind — except const[antly] on off — no one — was in touched — not even a wee-bit or approached nothing, even slightly, indicated any possible an-assaultive manner or absolutely, no verbal violences of any kind (no weapons or tools were mentioned) — no way could such lack-of-the-above warrs[ant] such an ill-fitted / misguided assumptive [un]supported fraudulent charge (con). But, the conniving pros. went all-out to frame deft. in his spiteful avaricious depraved in mis-conduct — (all) intentionally in, dire-bad-faith. Not only did (he) constantly in to exceed too many illegalities — But, had the un-dying support of the depts. def. who [never]meant to be allowed to handle the case — on the pretence-was there was cooked...

... (etc.) ...

Cal. Pen. Code sn. 647 a-h; prowling-w-the intent-to-commit [burglary?] for adequate proof to warrant (Support-not-ill charge-of prowling trespass/ sleeping/peeping or fact (admissions) by police that [they] had def. under heavy surveillance-in psycho determined search in that same area of which I travel (all over every nite) accepts on-business, thereabouts. Most of-the residences felt had access...

... (remaining text largely illegible) ...

(4)

[TO]                    I - C                [FROM]:

THE U.N. ST. FED. DIST. CT. NoR. DIST. OF CALIF.      THOMAS, JAMES EDWARD
FOR: THE HONORABLE JUSTICE W. PECKUM, PRES.      F-21197 A-4, 6-B (5) 208 (CCN 228
C/O THE OFFICE OF THE CLERK      CSP AT SACKI AT CORR. FAC.
THE FEDERAL COURT BUILDING, ANNEX      P.O.B. 29 AND (REPRESENT. II
AT 280 SOUTH FIRST STREET      REPRESA, CALIFORNIA 95671-0069
SAN JOSE, CALIFORNIA 95113 -

SPCL. CIV. CC. 58 7811 / 9th APP. CCM. H-02 9978

Re: THOMAS VS. J. WALKER, WARDEN, CSP-S/F. ST. SR. CT. H-S-156953/ US OCT. N. CV-08-1778-SBA (Pr.
N-04-04: 08-2254-JP R

DEFT. HERE-BY-N-CORRECTLY SO, DUE TO TOO MANY FALSE LEGAL COMMENCED. RECEIVED, EARNESTLY
REQUESTS AN UPDATE (CONFIRM. T. AND OF HIS) PURPORTEDLY FILED REQUEST FOR A HABEAS CORPUS PETITION RE-
VIEW - ON - HIS DOCKETED APPEAL, ON (04-10-08) - BUT, NO HEARING - TO DATE, HAS BEEN RECEIVED ! ??

DEAR CHIEF / PRESIDING JUSTICE N. ASSOCIATES; PLEASE BE ADVISED THAT I AM AN INDIGENT
INMATE, HOUSED AT CSP-SAC/FOLSOM CAL. CORR. FACILITY, WHO HAS TRIED, SEEMINGLY, IN VAIN
TO APPEAL HIS FRAUDULENT (SPITEFULL UN-SUPPORTED CONVICTIONS-WHO SUCCESS THUS FAR. TO
TRY-TO-RIGH-MANY WRONGS, MUCH-TO-OFFER, THRU THE COURTS PROCESS OF FAIRNESS - OF-
HER THRU THE D.A. CONTROLLED CO. SUPERIOR CT. + 1ST. APPELLATE, POSHCE, ACCEPTANCE OF-
HIS VIEWS - AS LONG AS THEY DON'T GET-OUT-OF-CONTROL (TOO OVERTLY PROLIFERATE. UNDER CONST.
IDIOMS GROUNDS OF THE COUNTY D.A. (PROL. I WILL EVEN AS-102 YRS. FOR SOME-UN-HID) TOO DELIVER-
ATE-N-OVERT-N-SPITFULL ATROCITIOUS GROSS MIS-CONDUCTS, IN MORE THAN 3RD-FLIER-
WHICH, LIBERALLY-N-VEHEMENTLY DEPRIVED DEFSE. OF (HER) VS. L.R-GUARENTEED BY THE US CAM.S
- WHICH, IS-THE SUPREME LAW-OF THIS KOUT HAND-N-POSSESSION 5th AND 6th-THE 14th AM.
IT IS WIDELY HELD UP HELD THAT-NO CITIZEN SHALL BE WELL FOLLY DEPRIVED OF-LIBERTY (LIFE-
OR LIMBS - W/O-THE DUE-PROCESS-N-EQUAL PROTECTIONS-OF-THE LAW, AS-SO-PROVIDED THEREIN.
THE SO-CALLED PURPORTED N-ONLY FALSELY ASSUMPTIVE MIS-CHARGES WERE ONLY CONCEIVED-A-
TOO FALSELY (TRUMPEDLY-N-SPITEFULLY PROSECUTED, IN BAD FAITH, BECAUSE OF DEFFS. PRIOR
VERY FRAUDULENT PRIOR ARREST RECORD N-THE CO. LAW ENFORCEMENT AGENCE'S SPITEFULLNESS OF
SAME, FOR NO-BLIND CO-OPERATION OR NEEDLESS CONFESSIONS - WHETHER THRU NEGLIGENT FORCEFULL
UN-NECESSARILY INJURIOUS TACTICS - OR NOT - AND, MOST DEFINITELY, BECAUSE OF DEFFS.
FLAT REFUSALS-TO ASK FOR (ACCEL) ANY WORTHLESS DA(CC. PERIOD. IN THIS, THE TOO CLOSELY WATCH-
INGLY SURVEILLANCE POLY. ALWAYS ARREST DEFF. FOR SUCH HEINOUS CRIMINAL MIS-BEHAVIOR CHECK
- SUCH AS; (2x THEFT / POSS. OF A CONTROLLED DRUG NARCOTIC) COMMERCIAL BURGLARY + BUR-
GLARY- W-THE POSS-OF-BURGLARY TOOLS- WHEN A FEEBLE INVESTIGATION, TURNED UP NO SUCH
VIOLATIONS OR EVEN FEASIBILITY- THE FLEECY REFUSES TO COMPLETELY AGAINST THE FALSE CHARGES
- N-PLEADLY INSTITUTES A MORE EASILY CONVICTED (A "PROWLING OR LOOKING" CHARGE-TO
WITH (ALL) THEIR TOO CLOSELY TAILING/ DOUBLE-CHECKING (ALL) THE ARE 2 OF DEFT, MEY-
DART-IN IN ORDER TO DELAY OR TEMPORALLY AVOID THEIR INTENDED HARASSMENT - (THEY)
HAVE NOT, FOUND ANY ACTS OF-OF-SOCIETAL VIOLATIONS, NO WHERE - EXCEPT FOR THE
RARE OCCASION SOME TOO CONCERNED (SUSPECCOUS NEIGHBOR SHOULD SPOT DEFT-
N-DUE TO (THEIR) MIS-TRUST/DISLIKES THAT'S SOME-THINGS FOR A-FOOT- GO ANYWHERE
MY ANY (ALL PSEUDO ARRESTS THEY ARE, MOSTLY, TAKING RIGHT THERE IN THAT CRIME-
RIDDEN AREA OF WHICH I TRAVEL TO-FRO ON MY DAILY (NIGHTLY LEGIT. BUSINESS - IN
FACT ALL JUST A FEW FT.S (BLOCKS-F.(S.N. AWAY, PLUS ALL THE PSEUDO CHARGES - OF-
UN-SUPPORTIVE EVIDENCE, N-W FEEBLE - THE SUBSTITUTE ALL ROSE CONSPIRESS/WORSE-UP EVID.
ALL THIS TOO SPITEFULLY MENU FIXTURES OF ONE POSS. ASSUMPTIVE CHARGE S/W MURAL CONVICTION.
A NON REPRESENTATIVE COMPD. TO DECEIVE DEFF) BRUTAL FORCE FLATLY NOT ALLOWING
THE REST FLEECE OF THE PSEUDO CHARGES - TO BE Q. S (CO SODEN C2)TO FACT-FIRY-W-OVERT INFIBRILITIES
COVERT ATROCITIOUS COERCION - NOT (ALL) TO TURN TO DECEIVE THE JURY (WILL 2ND 2-A GULLS TRICKED CRAME

(1)

criminally-N-Effectly detrimentally possible. By Hook-N-or-Crook purportedly For Deft.s Flat Refuses To Cr recession Blindly not Co-operating to/favor By The D.A.s whenever he desires. My careless stupidity is (his Illegious) Adds To (his) Fame-N-prestige. (He) wishes he (DEFt) To Cater willingly to (his) Every Use full Advancement By Freely Confessing to Some-thing I know nothings about-(He) wants Deft. To Feel/Thing That (He) is Protecting the people-As-A-whole-of Society--- Funny! I used-to-Be-one of those people -- until (He/they) started Using (me) As-A- scrape- Goat pulling Every detrimental ill-Trick in/or out-of-Any (Book) to win A Case-At-All costs, Regardless of it's Truthfullness or Non-existence--Such-As-The present one(s) -- The Court doesn't Even Have To second guess Deft. And -W/o-Any Touching/Physical Contact or verbal assign Non Menacing Advances to other-wise Indicate ill-will. The said Party is Only standing in one spot waving (his) hands/Arms- As I Understand it, Alway from-- definately Not toward Any one --- Unless, The intended would-have Been victim was Bird-A-Flying-By & Seems the D.A. office wants only To have A very Elit Too-Few people. Like Deft Alway Taking the Blame As so-Pressured (his) Requirement To protect The L.Enf Agency integrity-N-Non Conclusive Investigation(s). But, Cer-one's Expert a multi-federally Pseudo Con-victed-Completely Framed Too Many Times -using such Atrocities Mo-ion Acts As; complete Muddy Track Appearing to Be Foot Prints -w/o-shape or any resemblance-To-Any other Shoe Marking -- No Barcode/No Scratch Assault-N-No ones saw/heard Any ones connected Thereto-Too, only Heard A suspicious No-See-um-A Non/No Shadow only suspicion Cover Fence-N-Neighbor. While Deft. was in the Area; Some-where w/car Touch'g Gunning the Engine-N-Plenty of Heavy Shots Visible-N-Noise, while I the Genius-of-A por-off. Herrs some-N placed Deft Under Arrest-N-Claimed He was Try-To-Hide (or the very Feeble-Use of A Attack Dog, only to Covertly Claim it Could Trace-Track A scent App (4) Hours old Too Two Block yards An Instructed Tellical that Deft Had Committed Some Criminal Act-N-Ne to Exert of Foot Prints -- Just purposely R2N Deft Down complacessive Take Advantage -- Then Agrue the off. Claims Deft was Try-ing-To-Hide-N-A News Plowed Field? And The Genius of Union City Too Sharp Police. I Believe of A Burglary-In-Progress-In-Affect of An Evening Twung-shift was down (he) Drove in The Area Rd Area To Check-on (his) Algueappares Boisst. which was next to it-was Told Cruely Driving down This Rd. Headlights To The Pre-wary Be-Bad, while He Had The (A Hacking Protect-Front Lite Stated-out. Notices Deft Approach A Avery life Model Car-Quickly Pulls Deft over wanting To Search Car For Burglery items. Noticing That Was A Later Hing project Appear later After Release The only way- I knew was Thru The Front Clue of which (he) Had Blacked-off. I wonder How-In-The-world (he) Figured I may Ever Care out w-Burglary item. I Whisk'Vita Means For A Confession-N-So quick Interferences. Seems (They) Had A Feeler out on a off. To Be Notified-N-Be-Deltly in case of Any suspicious Minute sum-N So. Press ured them To Go For Any (Kid Convictions). We like Cases. But After Course of An Age (So I Tortured Confected p.o-N-Theard overlooked Some-same To The Cost-um-N-All smiles-I Can Handle it--- Decided if he P.D. had forced com-to-Fund Outs Some too Many Female Boyfriend were Using Their Un-flat Car Arrogassance-KSA. Every time I saw A Vertical Figure Emerge From Behind A building-N-Approach Them, The Female The police were anxious Called us-we knew They didn't know it was Anian-Again-N

House-N- one of the Residences were Protecting Trying to see who they were bargering there -N- the too go nicely Police asked if they check to see if there actually was A Burglary anywhere -: And this Before they ordered only to Protecting -N- I found out (me) -N- that Call- was too looped Late Crazy! those small town Good-Guys Gone for a frantic little crazy [??] -N- After (all) this time -- did not know Courage-to-check - I, also, was informed on Trusting so-called couple- was Approached By S.C. Agent to ask (them) about a Busted-TO. -- Definitely, No-like Burglary Charges Dropped-But, the couple stuck to their Story -- of nothing was done, Except -- the complete disregard-- To side by when they heard-No Fences or offered they Felt stupefied, Too! And how! did Al Medz Co. Give-me a terrible time Right that needless Blunder- Gov. He Fired from my Great Job- He violated Quick Time - Because my gov- No Electrical Pretty cheap and at that time -- No Job, no-stay out Parole Regardless. And Another un-Forseen-Time the S.C. Co. Etc. was on Patrol -N- observed me Police Check A much there only Burg. Heading for A Hot Sto -- (line) I booked for the Color Blue-red I stopped at a high-N- looked (did turn ways) Besure crossing. It seems around R.F.-N-C Space Bar A Bunch of strange sightless occurred, More to there occurred -N- No Idea that But the Police questioned -N- Reported saw A Bunch of Pebble-Green BT that were Retrievers Every -N- Tail so appears one of the Group, Never Else where sight-less Police A Party (she) (remained was I took walk-dog down the center of Red.-Blk Green - Place she I very Dim (or noticed) -- she thought it had an Beige Dress (Green) in the white- towel short -N- A complete Building thud -N- very Greely Stretched from a Distance of 40 yards, I believe -- From witness Feed -to- Bit of CT Beeper - Didn't think north -N one off - So, Gov! (her) Fired (on one disheartened) had thought her daughter had come home Crying. The Police concluded there Could see Her Hair-less Thoroughly nothing was Puzzled or disturbed -- But, after Arresting Def. Not at all Even to lose the Next morning on the other side of Town, Trying to catch that 6:30 Go Transit - the Police Succeeded (as F.I.R. C-of things's - Except. the actual possible sighting possibility to Party-w- who's Taking that -N- Boy Blue (Bald Head - Even the Def. Had-on Black-shoes No-Bald Head or Saggery, Fair-haired But. the Police set-me-up Any way. By Puffing (all) the other in A Recon T if on A- Showing Def. Dressed in Grease Tuck recognizable hat-on (Tan) Suit - while the other three Particular Men Had on Black (white shirts (Red-n-Brown) Tuck - w- A Great Des'l of Hair -N- Facial Hair. The was later -on the Trial Retrial, it was Revealed (she) only Picked Def. Photo-Because if he was the only one wolfing Green or Tuck Suit from Car H-Co. Plle Alt. Tiel -- Could I see H.Co Thornless -N- one should Blk.c- Tuck Act Etc. Too much Light or Purpose -- Quite Naturally Hot Friends Gave the Bargarter Noticing the Thg's -- A couple were only Around - Thell Pick the same Photo Tale the Taken (Hot Pot Get Fingered-on And the Rob. Off. Told Cases she Got very swaveringly Angry, asked she Forced out they had Adequately tried- due-to Police Suspect the ordinances (Probbers All-N-all, due to see (or) Police Etc. (brother Pure Frame-us), Red. Act Scattered tremendously heedlessly (Been Suspected to take me at my most SMR. Secretary Item -N- 354-Robbery-- this small Talent Ba Forth Torn Some --- I shall hold vital, Plus some one tried Ribbing me-off for any Thing. They clicked A twist-on (pileup-- In that Def. in Indigent -w- Adequate Defense or Necessity, legal Effectiveness -He hit to Suffice- W- Third rate item -- ordinarily Scratch Back to- me-Resolve-N- All Def. is Extremely Embossing upon the Court to Reform law as the rules of Crl Rules (-98

Respectfully submitted
J.E. Thomas

ORIG

[TO:]

[FROM:]

THE U.N. ST. FED. DIST. CT. NOR DIST OF CALIF.
FOR; THE HONORABLE JUSTICE W. PECKUM, PRES.
C/O THE OFFICE OF THE CLERK
THE FEDERAL COURT BUILDING, ANNEX
AT 280 SOUTH FIRST STREET
SAN JOSE, CALIFORNIA - 95113 ----

THOMAS, JAMES EDWARD
F-21197 A4, 6B(3)208 (CR-228
CSP @ SACRAMENTO (CSPSAC
P.O.B. 29900 (REPRESENTED)
REPRESA, CALIFORNIA 95670-DOC.

Re: THOMAS VS. T. WALKER, WARDEN, CSP-SAC     ST. SO. CT. H.S-156593/USDCT N. CV-08-08-1778-SBA (pr)
                                                                    N-CV-08: 08-2254--(pr B)

DEFT, HEREBY-N-CORRECTLY SO, DUE TO THE MANY FALSE LEGAL COMMUNIQUES RECEIVED, EARNESTLY
REQUESTS AN UPDATE (CONFIRMATION OF (HIS) PURPORTEDLY FILED REQ. FOR A HABEAS CORPUS PETITION RE-
VIEW - ON - HIS DOCTED ADDRESS, ON 04-10-08) - BUT, NO HEARING - TO DATE, HAS BEEN RECEIVED: ??

DEAR CHIEF/PRESIDING JUSTICE-N-ASSOCIATES; PLEASE BE ADVISED THAT I AM AN INDIGENT
INMATE, HOUSED AT CSP-SAC PRISON CAL CORR. FACILITY, WHO HAS TRIED, SEEMINGLY, IN VAIN
TO APPEAL HIS FRAUDULENT (SPITEFULL UN-SUPPORTIVE CONVICTIONS-WHO-SUCCESS THUS FAR - TO
TRY-TO-RIGH-MANY WRONGS, MUCH-TO-OFTEN, THRU THE COURTS PROCESS-OF FAIRNESS - OF-
HER THAN THE D.A CONTROLLED CO. SUPERIOR CT. OR ST. APPELLATES, POLICE, ACCUSERES OF-
HIS VIEWS - AS LONG AS THEY DON'T GET-OUT-OF CONTROL (TOO OVERTLY PREJUDICE. UNDER CONST-
ITIONAL GROUNDS OF THE COUNTY D.A (PROS. I WILL FIND OUT-REGARDS FOR SOME-ONE (HIS) TOO DELIVER-
ATE-N-OVERT-N-SPITEFULL ATROCIOUS GROSS MISC(ONDUCT(S), IN, MORE THAN, BED-FELLOWS -
WHICH, LATERALLY-N-VEHEMENTLY DEPRIVED DEFT OF (HIS) U.S. CR- GUARANTEED BY THE U.S. CAMB
- WHICH, IS-THE- SUPREME LAW-OF- THIS (YOUR) LAND-N-POSSESSIONS) AND THE 14TH AM.
IT IS WIDELY HELD UPHELD THAT-- NO CITIZEN SHALL BE WILLFULLY DEPRIVED OF LIBERTY (LIFE-
OR LIMBS -WHO- THE DUE PROCESS-N-EQUAL PROTECTIONS-OF THE LAW, AS-SO- PROVIDED, THEREIN
THE SO-CALLED PURPORTED-N-ONLY FALSELY ASSUMPTIVE MIS-CHARGES WERE ONLY CONCEIVED-N-
TOO FALSELY (TRUMPEDLY-N-SPITEFULLY PROSECUTED, IN BAD FAITH, BECAUSE OF DEFTS PRIOR
VERY FRAUDULENT PRIOR ARREST RECORD 'N- THE CO. LAW ENFORCEMENT AGENCY'S SPITEFULLNESS OF-
SAME, FOR NO-BLIND CO-OPERATION OR NEEDLESS CONFESSION - WHETHER THRU NEEDLESS FORCEFULL
UN-NECESSARILY INJURIOUS TACTICS - OR NOT - AND, MOST DEFININGLY, BECAUSE OF DEFTS-
FLAT REFUSALS-TO ASK FOR (ACCEPT ANY WORTHLESS DEAL(S- PERIOD. IN THAT, THE TOO CLOSELY-N-OVERT-
LY TWICE SURVEILANCE DEPT, ALWAYS ARREST DEFT, FOR SUCH HEINOUS CRIMINAL MIS-BEAHVIOR (CHEES
- SUCH AS; CAR THEFT/POSS. OF A CONTROLLED DRUG NARCOTICS (COMMERCIAL BURGLARY-N-BUR-
GLERY-W- THE POSS. OF- BURGLARY TOOLS -- WHEN A FEEBLE SANCTIFICATION, TURNING NO FACE-
NOTIONS OR EVEN FEASIBILITY -- THE FLEEGY REFUSES TO COMPLETELY ADMITS THE FALSE CHARGES
-N-PLEADDLY INSTITUTES A MORE EASILY CONVICTED (SO "PROWLING OR PEEPING" CHARGE-TO-
WITH (ALL THEIR TOO CLOSELY TAILING (DOUBLE-CHECKING (ALL) THE ARE OF DEFTS, MERE,
DARK-IN IN ORDER TO DELAY OR TEMPORALLY AVOID THEIR INTENDED HARRASSMENT - (THEY)-
HAVE NOT, FOUND ANY ACTS OF- SOCIETAL VIOLATIONS, NO WHERE. EXCEPT FOR THE
VERY OCCASION SOME TOO CONCERNED (SUSPICIOUS NEIGHBOR SHOULD SPOT DEFT-
N-DUE TO (THEIR) MIS-TRUST (DISLIKES THINKS SOME-THING'S FELT A-FOOT -- GOING WRONG
BY ANY (ALL PSEUDO ARRESTS THEY ARE, MOSTLY, TAKING RIGHT THERE IN THAT CRIME-
RIDDEN AREA OF WHICH I TRAVEL TO-PRO-ON MY DAILY (NIGHTLY LEGIT BUSINESS -- IN
FACT(S) JUST A FEW FTS (BLOCKS-E.G., N., K.W.A., PLUS, ALL THE PSEUDO CHARGES OF-
UN-SUPPORTIVE EVID-N- NOW FEEBLE --THE SUBSTITUTE ALL NOW CONFUSED (LACTE-UP EVID-
ALL THIS TOO SPITEFULL MENU EVIDENCES OF ANY POL. ASSUMPTIVE CHARGES-N- MANY CONTAIN
A NON REPRESENTATIVE COPO D. TO DECEIVE DEFT/ATTORNEY FORCE FULLY NOT ALLOWING
THE REAL FACTS OF THE PSEUDO CHARGES-TO-BE O, SO (DISPROVED (TOO FACTORY-W- OVERT SPITEFULLNESS
COVERT ATROCITIONS COERSION -- W/OF (ALL TO TRY TO DECEIVE THE FORY/BULL-ZADT-A-QUICK BRAINWASH (BRAIN ---
THERE FORE, I AM ASKING (YOUR) ASSISTANCE TO-HELP-O, SCREEN (IN MANY RECEIVED (PENDING NOW OR SOME PENDING MIS--
                                   -(T.E - A-MAI) -- RE-SPECT FACE --- SUBMITTED (O - F ---

(23)

FROM:

THE UN. ST. FED. DIST. CT. NRN. DST. OF CAL.    THOMAS, JAMES EDWARD

c/o. THE OFFICE OF THE CLERK-N-    F-21197/ A-4-60W (Tool.co. 228

THE HON. JUST. W. PECHIM, PRESID.    CSP. AT SACRAMEN. C. com.

FEDERAL COURT BUILDING - ANN.    P.O. Box. 29-c-CO'60 Entrance A

AT: 280 SOUTH FIRST STREET    Repvess, California 95612-0006

SAN JOSE, CALIFORNIA 95113-

- - - E.SP.CT.N. S-156453 /Under Num. o. CV-04-08-4668-PR.

Re: THOMAS, J. V. WALKER, J., WARDEN, CSP. - - S.P.CT. N. CC-583411 CA.T. N. H-0 28.978

DEFT., HERE-BY DULY REQUEST'S FOR-AN-UPDATE-OR STATUS ON-BELATED P. APPE-

AL, NOW SUPPOSIDLY PENDING THERE-IN-TENTATELY FILED APRIL 03,2008:

Dear Sir(s)/ASSOC. Justices There-Of The Above Entitled Fed. Dist. Ct. NRN.D (Cal.-

I-am an Incarcerated Inmate, Housed here-in at The CSP-SAC/FOL, Cal. State-

Prison--C.O.C. Correction Facility, Who, by the deliberate depregations-N-com-

plete denials-of-(All) U.S.C. guaranteed Rights and Overt Atrocitous Mis-Conduct-

ives Acts, In very Bad-Faith, as usally, to deliberate Deceive/cause A

covert Mis-Carriage-Of-Any Type-of Acceptable Justice, in order to, only-

Police's Assumptively-N-Too Guessably-N-Wrongfully Charge/Try/Falsely

Convict-N-Too Severely Un-Consti.tutionally Sentence Deft.--As has--

been the complete farce-N-Deliberately Shame-Of-The County Of Santa-

Clara's Wanton-N-Pseudo Pure Fabricated Mis-Carriage's-Of-Expected

Justices, many Times as The Past, with deliberate Made-up, wanna-be,

criminally charges Of Some Un-supportive Criminality that was delib-

orately Pre-Fabricated Spitefully-Wlo-any Tangible or reliable Evidence

Or Supportive Facts to indicate's Deft's Rightful Involvement-N-Or (His)

Participation as the Rightful Perpetrator of The Alleged/Purported Crimin-

alogy or Wrongfully Criminally Accusation--as usually--Too Plainly Pseudoly

in-its Entirety--usually Indicates Defs. non-involvement or that No Such Criminal

Mis-Conduct Rightfully Occured or was No-Ways, feasibrabu Possible or Truly

Evidently Supportive Or Facturally Correct In That The Said Co. D.A., Upon-

Any Type-Of Suspectious Non-Supportive Arrests--Regardless-Of-The Exist-

ing Circumstances OF Deft's Involvement--with or Wlo-Any Type-OF Tangible

Supportive Witnesses or Evidence--Every Thing's (Are) Usually Pre-Fabricated

-with Substituted Witnesses (Tainted Evidence-N-Wrongfull Co-ercive-

-N-Covert Tactics, only To deliberately Mis-guide the Court-N-Jury to lull

(them) into A Quick, Intended Pseudo Conviction/Very Harsh-Ill-Conceived--

Lengthy/Cruel Sentence-With only the Ill-Fated guise-of-Some-Pending Great

Non-supportive Investigation, Only To deprive Deft. of (His) Liberty For-As-Long

C 15    (P. 4)

[TO:]                    ⚊                    [FROM]:

THE UN. ST. FED. DIST. CT. NRN DIST. OF CALIF.    THOMAS, JAMES EDWARD

FOR: THE HONORABLE JUSTICE W. PECKUM, PRES.    F-21197 B4Y, 6B(5) 208 (C.N 228

C/O THE OFFICE OF THE CLERK    CSP AT SAC etc (Co. opca

THE FEDERAL COURT BUILDING, ANNEX    P.O. 6, 1 cord (Rute A etc etc ff

AT 280 SOUTH FIRST STREET    Represa, Ca Etc etc etc 95670-DOC

SAN JOSE, CALIFORNIA - 95113 -

SPSE. C.N. CC- 587911/ SW APP C.EM H-02 9978

Re: THOMAS VS. J. WALKER, WARDEN, CSP-S/F -    St. SUP. CT. N. S- 156953/US OCT N.    CV-04-08- 1778- SBA (PR)
N- CV-04-08- 2254-- (PR)

DEFT, Here-by-N- Correctly so, Due to too many false legal communications Received. Earnestly
Requests An update/confirmation of (his) purportedly filed Rest. For a Habeas Corpus Petition Re
view - on - his docketed Appeal, on (04-10-08) - But, no hearing to date, has Been Received!??

Dear Chief/Presiding Justice-N- Associates; Please be advised that I am an indigent
Inmate, Housed At CSP-SAC/Folsom Cal Corr. Facility, who has tried seemingly, in vain
to Appeal his Fraudulent (spitefull un-supportive convictions-w/o-success thus far - to
Try-to-right-many wrongs, much-to-often, thru the courts process-of-fairness - of
her than the D-A-controlled Co. Superior Ct. N. St. Appellates, possesce, acceptances of-
his views -- As long as (they) don't get-out-of-control (too overtly) violative. Under Const-
itutional grounds of the country peat / Prob. 1 will Earn all rewards for same w- (his) too delicercy-
2te-N- overt-N-spitfull Atrocious gross misconducts, In more than, Bed-filled --
which, literally-N- vehemently deprivationd defts of (their) US. C.R- Guaranteed By the US CA M E
- which, IS- the Supreme Law-of- this (great land N- possessions 5th And 6th - the 14th AM
it is widely held upheld that -- No citizen shall be lawfully deprived of- liberty (Life-
or Limbs - w/o- the Due-process - n- Equal protections -of the law, is-so- Provided, therein
The so-called Purported-N- Duty falsely Assumptive mis charges were only Conceived-N-
Too falsely (trumpedly-N- spitefully Prosecuted, In Bad Faith, Because of Defts Prior
Very Fraudulent Prior Arrest Record 'N- The Co law En forcement agencies spitefullness of
same, for No- Blind co-operation or needless confession N- whether thru Negligent forceful
un-necessarily Injurious Tactics - or not -- And, most definitely, because of Defts.
Flat Refusals-To ask for (Accept) any worthless advice- period. In fact the too closely watched
intensly Surveilence Pot, Abuse, Arrest Deft. For such Heinous Crimes Accusations Charges
- Such as; (2nd Theft/Poss. of a Controlled Drug Narcotics (Commercial Burglary-n- Bur-
glary-w- The Poss. of- Burglary Tools -- When A Feeble Sense identification Turned Mis accu-
sations Or Even Feasibility- The Fleet (y Refuses to completely Acquit the False charges
- N- Cleverly Institutes A more Easily Convictable "Prowling or Peeding" Charge etc.
With (All) Their Too closely Tailing / Double- Checking (All) The Area Of Deft, may.
Deft-in In Order To Delay or tenderally Avoid Their Intended Harassment - (They)
have not, Found any Acts of- Societal Violations, No where- Except for the
rare Occasion some too concerned (Suspecced neighbor should Spot Deft-
N-due to (Their) Mistrust Dislikes Thinks Some-things For A-Foot- Conjuguring
My Any (All Pseudo Arrests They are, mostly, Tithing Right there In That Crime-
Ridden Area of which I Travel To-Fro on my daily (nightly Legit Business - In
Fact all Just A few FIS (Blood, FINN, Xurn, plus All The Pseudo Charges-of-
Un-supportive Evid-N- New Feeble -- The Substitute All those witness/made-up Evid.
All This Too Spitefull Many Fixtures of- any Pol Assumptive Charges S-w- Many (Certain
A Non Representative C (PP) D. To Deceive Deft) Brutal (Force Flatly Not Allowing
The Real Fixes of The Pseudo charges - To Be A SC (o sodden (CZ) To Carry-w- overt Improprieties
Covert Atrocities w-t (All) To Tie Deceive The Fory (w-t Zate A Once Tainted Convi...

(09-14-08 PM
Respectfully submitted

## A PARTIAL LAW-N-CASE CITATION, APP. IPERT., HERE, TO.
## THE-ABOVE

# THOMAS VS WALTER--WARDEN, (SP-USDNRG WD-CV 0408 S.B. .177 P.R

A Gross Conflict-OF-Interests-OF Interests OF Coun SP IS Shown, When An Attny. / Conselor / Pub. Def. Dep. --   Who, Prior To Being Allow To Handler Any /A Given Case / Cause Or Legal Defense -- After (She (He) Promises TO-Do-A-Good Job / Could Win The 8aid-Case -- IF (He/she) Was Entrusled With Inp Defense Is Grossly Shown -- When (It) -- Flatly Refuses To Bring-- To The Attentions Of The Court -N- Jury, The Most Crucial -N- Important P2ris Plus, The Pure/undisputable Facts That Would Greatly Aid Def's cause -- Clarefy The -- Mis-Guided Hyphotesis of The Pseudo le at Nature of The Spiteful Vendictively Assum Ptive ONLy charges / False Accusations -- Is -- when The Dep Pub Def Feally Refuses To Inform / Tell (It / Them) The Most Damaging Pros. Fully -N- Helpfull Clerifying(S) Point's / True-Facts Of A -Dismissel Of The Pseudo charges -OF-A-Mis-ID By The Alleged (Purported Eye-Witnesses -- As To Seeing An Intruder Dressed -IN-A-Light Green Top-W-His Base Ball Cap On -Deft' With-A-Pint-N-Grey Top, No-B. BCap-Any ON-His-Head/Person -- Possession(S / Was Not Appreheared IN -Around The Apt Nor Did Any-of-Inc S2id Multitude-Of-Finger-Prints Lifted There-From Match" -- As Per The Controlling Case OF-Peo.Vs.Kirkes, (1952) 39 C2l. RP-s 24, P 714-723 Where-By The Pros. Elected To Pros. A-Deft-W/o-Any Tangable (Supportive Evid Charges: Where The S2id Witness Only Possitively IO's The Intruders Clo#hing, IN The Darkness -- worn -- And (Not) The Intruder Him Self -- No-Future's Shape/Form (Bld Or Distinguising-Marks -- And w/o Any Doubts Absol -- No-Sexual Ass. Poss." Shown (Possibly Evid. Or Humanly Feasible" -- Not-By-Weiving-of Hand Ges-wards, Away From The Foot OK A bed Occupied (?) (3) People: The S.J. Police / A Pol. Venicle Was Sitting IN that Used car lot -- Appx to Block NIE of That area - Fully Observing Deft, As (I) ent-ered that area -- And (I) am Sure IF (I had had any other Clothing-on Or any type-of-head coverings -(He (It) Would-have Notired (No Doubt Ch.
-Artist2l
SAME (JET (08-11-08)

(2b2)



1 | THOMAS, JAMES E
CSP-SACRAMENTO / A-Y16 Bd/c. 228
2 | P.O. BOX 290066 / 560 E. N2+omr St.
REPRESA, CA 95671-0066
3 |
CDC # F-21197
4 | In Pro Per. Awaiting Ct. Appmt of Comp. Counsel.

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | Northern     DISTRICT OF CALIFORNIA

10

11 | THOMAS, JAMES EDWARD )     CASE No.
Petitioner/Plaintiff )
12 |                 )     MOTION FOR APPOINTMENT
                  )     OF COUNSEL
13 | vs.              )
                  )
14 | J. WALKER WARDEN (SP) )   eg. CC USDWR CV-0808-1776-SAA
Defendant/Respondent.  )    CV-0908-2254 BA
15 |

16 | COMES NOW, Petitioner/Plaintiff James Edward Thomas

17 | respectfully requesting appointment of counsel pursuant to 28

18 | United States Code (U.S.C.), §1915(d). Appointment of counsel

19 | is necessary because Petitioner is a state prisoner, who is

20 | unlearned in the law, having only a   12th   grade education;

21 | indigent and cannot afford to obtain counsel, and because of

22 | his incarceration, is unable to obtain crucial evidence under

23 | discovery that only an attorney can obtain through cooperation.

24 | Although the District Court cannot appoint counsel per se

25 | *MALLARD v. UNITED STATES COURT for the SOUTHERN DISTRICT OF*

26 | *IOWA, 490 U.S. 296, 307-308 (1989))*, the District Court does/

27 | not have broad discretion to request counsel for indigents

28 | under 28 U.S.C., § 1915(d); however, the appointment of

1   attorney, no legal issue is too complex, if the legal issue is

2   in that attorney's field of expertise.  But even a professional

3   attorney is not expected to be competent outside his or her

4   field of training.  _MALLARD v UNITED STATES DISTRICT COURT for_

5   _the SOUTHERN DISTRICT of IOWA_, 490 U.S. 296, supra).  There-

6   fore, how can a prisoner pro se litigant, with no more than

7   a(n) _As_ grade education, be expected to overcome complex

8   procedural rules and answer responses prepared by teams of

9   highly skilled and seasoned state's attorneys, whose only job

10  is to thwart prisoner law suits?

11      "Most actions require development of further facts during

12  litigation and a pro se incarcerated litigant will seldom be in

13  a position to investigate all the necessary facts to support

14  the case."  _WILBORN v ESCALDERON_, 781 F.2d 1328, 1331 (9th

15  Cir. 1986)).

16      Therefore, "Where the indigent is in no position to

17  investigate crucial facts, counsel should be appointed

18  _MACLIN v FREAKE_, 650 F.2d 885, 886 (7 th Cir. 1981)).

19  It has long been held in this Circuit that "[it] might be

20  that an appointed attorney could, by way of deposition, obviate

21  the necessity of transporting the plaintiff, or, at least,

22  preserve testimony for subsequent hearings."  _UNITED STATES v_

23  _MADDEN,_ 352 F.2d 792, 793 fn.1 (9th Cir. 1965).

24      If the Court does not request that counsel represent

25  Petitioner, it is in all likelihood that Petitioner's/

26  Plaintiff's case will not only be prejudiced, but lost.  Not

27  for want of meritorious claim, but rather for want of evidence

28  to prove [the] merit within the claims, which could have only

1   is reserved for exceptional circumstances.  No clear definition

2   of this standard exists, but it turns on the quality of two (2)

3   basic factors.  The two-prong test is:

4           "A finding of exceptional circumstances requires an
        evaluation of both 'the likelihood of success on the
5       merits and the ability of the petitioner to articulate his
        claims pro se in light of the complexity of the legal
6       issues involved.'  Neither of these factors is disposi-
        tive and both must be viewed together before reaching a
7       decision." *TERRELL v BREWER* 935 F.2d 1015 (9th Cir. 1991).

8   "First, the District Court should consider the merits of

9   the indigent's claim.  Even where the claim is not frivolous,

10  counsel is often unwarranted where the indigent's chances of

11  success are extremely slim, such as, 'because the law is

12  clearly settled.  Such action would be futile'".  *LIGARE v*

13  *HARRIS,* 128 F.2d 582, 583 (7th Cir. 1942)).

14      Petitioner/Plaintiff contends that he has passed the first

15  prong of *TERRELL v BREWER* (supra) as his claim(s) are not

16  meritless because under the 1996 Prison Litigation Reform Act,

17  all in forma pauperis actions brought by prisoners are to be

18  screened and summarily dismissed sua sponte if they are found

19  to be frivolous, malicious, or fails to state a claim on which

20  relief can be granted.  *RODGERS v DEBOE,* 950 F.Supp. 1024, 1028

21  (S.D. Cal. 1977); 28 U.S.C. § 1915(e)(2)(B)(i) and (ii)).

22  Also, there is no "clearly settled" case law making the claim

23  of "futile," as every such claim as presented in Petitioner's/

24  Plaintiff's complaint must stand or fall on its own merit if

25  the claims are supported by evidence, Petitioner/Plaintiff

26  prevails, and if not, he loses.

27      Whether legal issues involved are complex or not is

28  subjective.  Certainly, to a qualified and skillfully trained

/24

1   been obtained with and through the professional expertise

2   and assistance of counsel.

3                              CONCLUSION

4        For the foregoing reasons, and in the "Interest of

5   fairness in justice," Petitioner/Plaintiff respectfully that

6   the Court appoint counsel in this matter before the Court.

7                              Respectfully submitted,

8   DATED: Aug. 15, 2008

9                              James E. Thomas
                               Plaintiff/Petitioner

    Re-done Sub. For Photocopying
10  //            not to ..il    "A-Y, GRU /EUP (C.N.228

11  //                          ESO SAC(FOL

12  //                          POB No 2900 66(360 E N40M2 #

13                             (Represa California, 95676-0006

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO LON
URDC
COPY

# PROOF OF SERVICE

(C.C.P. §2015.5; 28 U.S.C. §1745)

I, _James Edward Thomas_, am over the age of eighteen (18) years,
and I (am) (am not) a party to the within cause of action. My address is:

THOMAS, JAMES EDWARD

F-21197 / A-4 601d (EOP) C-228

CSP AT Sacramento (Folsom

POB No. 290060 (E Natoma St.

Represa, California 95620-0060

On, _____, I served the following
documents:

The Applicable Constitutional Ground / Mis-carriage of Justice
Due-To-My Intentional (Deliberate Denial As-per-the USC) on the
below named individuals by depositing true and correct copies thereof in the United
State mail in Represa, California, with postage fully prepaid thereon, addressed as
follows:

Orig  1. US FED. DIST. CT., NRN
        DIST. OF CLLIF

Copy  1. Sac Superior Ct. 634 (w Hedist STO
      1. Calif. STATE ATTY GEN.

2. OFFICE OF THE CLERK
   US Fed. Direct. NRN. DIST. Cel.
   Federal Bld (280 S.First St, San Jose, Cel Cf
   STATE Old (Office of the ATT-Gen Cel
   455 Golden Gate Ave (S.Fran C26 94102

I have read the above statements and declare under the penalty of perjury of
the laws of the State of California that the foregoing is true and correct.

Executed this _Fourteenth_ day of _August 14_, _2008_, at California
State Prison at Sacramento, Represa, California. (560 E Natoma St -- 95620-0060

(Signature) _____

                        Declarant

*THOMAS VS. WALKER, WARD., CSPSIE*
*FED. DIST. GT. NRN. DIST OF CAL. S.J.C.*
*CV-04-08-2254   CN: CV-04-08-1778-(SBA)  Filed (08-03-08)*
*There-IN*

RECEIVED
AUG 22 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR FILING A PETITION FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. §§ 2254

I.   Scope of 28 U.S.C. §§ 2254

You may file a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 if you are in custody pursuant to the judgment of a state court in violation of the federal Constitution or federal laws. You may challenge either the fact or duration of your state sentence; however, any challenge to violations of the federal Constitution or federal law that affects the conditions, as opposed to the fact or duration, of your confinement should be brought in a civil rights complaint under 42 U.S.C. §§ 1983. If you want to file a civil rights complaint under 42 U.S.C. §§ 1983, you may do so on forms provided by the clerk of the court.

Note that a petition for a writ of habeas corpus under 28 U.S.C. §§ 2254 will not be granted unless it appears that you have exhausted the remedies available in state court.

II.   Filing a Petition

To start a habeas action, you must send the court the following items: (1) an original petition and (2) a check or money order for $5.00 or an original Prisoner's Application to Proceed In Forma Pauperis. In addition to these instructions, this packet includes a petition for a writ of habeas corpus form and an Application to Proceed In Forma Pauperis. You must use the forms provided with this packet and not any other version. You should keep a copy of the petition and in forma pauperis application for your own records.

When you have completed the forms, mail the originals to Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

NOTE: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).

III.   Filing Fees

In order for the petition to be filed, it must be accompanied by the filing fee of $5.00. If you are unable to pay the filing fee, you may petition the court to proceed in forma pauperis. A Prisoner's Application to Proceed In Forma Pauperis form for this purpose is included in this packet. You must complete the application, sign it and declare under penalty of perjury that the facts stated therein are correct. File the application with your petition and keep a copy for your records.

IV.   Petition Form

Your petition must be legibly handwritten or typewritten, and you must sign it and declare under penalty of perjury that the facts stated in it are correct. Read the entire petition form before answering any questions. You will note that brief explanatory comments appear throughout the form. Read these carefully before you answer the questions because they are intended to help you fill out the petition as well as ensure that you file your petition in the proper court.

Thomas, James Edward
F-21147/A-A6814/E2R/C.N. 228
C.S.P. AT SACRAMENTO/FOLSOM
P.O.B. No. 290044/... Natoma St
REPRESA, CALIFORNIA- 95670-0044



TO: The U.S. DIST. FED. COURT, NRN. DIST/CAL.

C/O: The OFFICE-OF THE- CLERK

FEDERAL BUILDING ANNEX
280 SOUTH FIRST STREET
SAN JOSE, CALIFORNIA- 95113- ----

