**FILED**
AUG 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS, JAMES EDWARD,
   Plaintiff,

vs.

T. WALKER, Warden (CTF), et al.,
   Defendant.

CASE NO. CV 08 4068 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

(CV-0408-1778-SBA)
(CV-0408-2254-PR)

I, James Edward Thomas, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ___ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A    Net: N/A

Employer: N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _Media One Ad Agency — York, Iroff, San Jon Luc qq ccc_
4  _____
5  _____

6  2.  Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8       a.   Business, Profession or                       Yes ____ No _X_
9            self employment
10      b.   Income from stocks, bonds,                    Yes ____ No _X_
11           or royalties?
12      c.   Rent payments?                                Yes ____ No _X_
13      d.   Pensions, annuities, or                       Yes ____ No _X_
14           life insurance payments?
15      e.   Federal or State welfare payments,            Yes ____ No _X_
16           Social Security or other govern-
17           ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _N/A_____
21  _N/A_____
22  3.  Are you married?                                   Yes ____ No ____
23  Spouse's Full Name: _N/A_
24  Spouse's Place of Employment: _N/A_
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $ _N/A_____  Net $ _N/A_____
27  4.  a.   List amount you contribute to your spouse's support: $ _N/A_
28      b.   List the persons other than your spouse who are dependent upon you for support



1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  N/A
4  
5  5.    Do you own or are you buying a home?         Yes ____  No ✓
6  Estimated Market Value: $____N/A____ Amount of Mortgage: $____N/A____
7  6.    Do you own an automobile?                    Yes ____  No ____
8  Make ____No____ Year ____N/A____ Model ____N/A____
9  Is it financed? Yes ____ No __N/A__ If so, Total due: $ __N/A__
10 Monthly Payment: $ ____N/A____
11 7.    Do you have a bank account?  Yes ____ (No) ____ (Do not include account numbers.)
12 Name(s) and address(es) of bank: Bank of America 1175 S. Murietta St.
13 Hoffman Estates
14 Present balance(s): $ Very very small amount so check 25 th bl
15 Do you own any cash? Yes ____ No ____ Amount: $ ____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ____ No ✓
18 N/A
19 8.    What are your monthly expenses?
20 Rent: $ ____N/A____          Utilities: ____
21 Food: $ ____                 Clothing: ____
22 Charge Accounts:
23 Name of Account          Monthly Payment              Total Owed on This Acct.
24 ____N/A or N____  $ ____                              $ ____
25 ____VVr____      $ ____                              $ ____
26 ____VKK____      $ ____                              $ ____
27 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

1
2
3    10.    Does the complaint which you are seeking to file raise claims that have been presented in
4    other lawsuits?                                                   Yes ___ No ___
5    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6    they were filed.
7    N/A
8
9        I consent to prison officials withdrawing from my trust account and paying to the court the
10   initial partial filing fee and all installment payments required by the court.
11       I declare under the penalty of perjury that the foregoing is true and correct and understand
12   that a false statement herein may result in the dismissal of my claims.
13
14   (of thus 14th roof
                                              _____
15   DATE (05-20-08)              SIGNATURE OF APPLICANT
16
17   Delayed Because of - Forced To Redo-Re-do all Rest of Libary Petition of L-brx
18
...
28

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Indigent_ _Since (06-15-07)_ _No Trans/ or Funds_ for the last six months at

[prisoner name]

_CSPA- Sacramento/ Folsom_ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _None_ _No $¢_.

Dated: _06-14-08_

Re-done/asked by CCI

_Indigent completely [No Funds_
_Prison Staff Flatly Refused-to-Do-so_
[Authorized officer of the institution] _N-No Money_
_TG Tenney_ _Either_

# C.S.P. SACRAMENTO
## A FACILITY LAW LIBRARY

08-14-08 RJCI

| NAME THOMAS, J. | CDC # F-21147 | HOUSING A-4. 6B10/C.228 | DATE 08-18-08 |

COURT NAME: USDCT, NRN D of CA          DOCUMENT TO BE COPIED: One Exhibit - A New

TOTAL DOCUMENT PAGES:: (27)   X   # OF COPIES: 5 ea. = 135   @ $0.12 EA= _____

TOTAL EXHIBIT PAGES:: (14)    X   # OF COPIES: 5 ea. = 220   @ $0.12 EA= 11.00

INMATES SIGNATURE:_____          TOTAL COST: $ 16.20

The Law Library photocopy service is for legal documents that are considered "NEW FILINGS" (DOM 14010.21.2.4). Documents must be complete and ready to submit to the Court named on the document. The Library provides forms for proof of service and Exhibit Cover Pages to inmates upon request. All documents are reviewed for completeness before they are approved for photo copying and must include the following:

- [x] Court Name and Address are correct (On Document and Proof of service)
- [x] Original Signature and current date in Ink (On the document and the Proof of Service)
- [x] Document to be copied signed by photocopy request applicant
- [x] Original Document (must be "New Filing") being mailed *to a court*, (Not a photocopy, Document may be handwritten or typed). (*A Director's Level Appeal, Government Claims Complaint, or Medical Review Board Complaint are also considered legal filings*)
- [x] Consecutive Page Numbers (To verify completeness of document)
- [x] Proof of Service (Names same court as document and names opposing counsel if required)
- [x] Correct calculation of number of copies requested
  - [ ] 1 Court ( ____ documents + ____ Exhibits = [From chart posted in Library])
  - [x] Opposing Counsel (Must be named on Proof of Service)
  - [x] Inmate  se cte ca
  - [ ] $ e Total
- [ ] Exhibits are attached to and mentioned in the document to be copied (Must include Exhibit Cover Page for each exhibit.)

It is strongly recommended that you carefully review your application, using the check list above, before you submit it. If your request is incomplete, the librarian or LTA will reject your request. You will be allowed to make corrections, and resubmit using a new request.

Approved / **Rejected**   Resubmitted - At least 3x. Still pending. Next 20. Mil as Always   Date: 8/18/08

Reasons for rejection (Check all that apply)
- [x] Document or exhibit(s) does not meet criteria for photocopying per DOM 1410.21.2
- [ ] No original signature and/or current date ( [ ] Document [ ] Proof of Service)
- [ ] Exhibits are not mentioned in document or [ ] exhibits not individually numbered with cover page (each exhibit)
- [x] Document is incomplete and missing one or more of the following; [x] Proof of Service [ ] Court Address [x] Copy Request is not complete (See above) [ ] Exhibits not mentioned in document submitted for photocopying.

*J.R. Bradford*
Ms. J.R. Bradford LTA (A)

You originally started out with 23 pages and was supposed to be recounting your document pages and providing a current date; "you must not combine separate filings".

---

## TRUST ACCOUNT WITHDRAWAL ORDER

DATE: August 18, 2008

APPROVED BY: _____

To: Warden:
   I hereby authorize that my Trust Account be charged $_____ for the purposes stated below and authorize the withdrawal of that amount from my account.

CDC# F-21147

X Thomas, James Edward
                                   Print Name

X _____
                                   Name (DO NOT PRINT)

| Purpose: |
| LEGAL PHOTOCOPIES ✓ |
Copies 220 @ $0.12 = $ 16.20

revised 5/5/08

LAW LIBRARY